NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

NOV 26 2024

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LUCIO ANGEL ESTRADA,<br><br>Defendant - Appellant. | No. 23-2015<br><br>D.C. No. 1:19-cr-02045-MKD-1<br><br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Eastern District of Washington
Mary K. Dimke, District Judge, Presiding

Submitted November 20, 2024**

Before:     CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Lucio Angel Estrada appeals from the district court's judgment and

challenges his guilty-plea conviction and 120-month sentence for possession with

intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1),

(b)(1)(B)(viii).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Estrada's

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Estrada has filed a pro se supplemental opening brief. The government has filed a motion to dismiss, to which Estrada has responded.

We agree with the government that Estrada's appeal waiver covers this appeal and our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). The government recommended, and Estrada received, a sentence consistent with the plea agreement. We accordingly grant the government's motion to dismiss the appeal.

Counsel's motion to withdraw is **GRANTED.**

Estrada's motion for appointment of new counsel is denied.

Estrada's request for sanctions is denied.

**DISMISSED.**